UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yinka Abosede Adeshina

Write the full name of each plaintiff.

-against-

Sean P Diddy Puffy Combs

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

RECEIVED
FEB 25 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Yinka Abosede Adeshina__, is a citizen of the State of
(Plaintiff's name)

__Florida__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__n/a__ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Sean P Diddy Puffy Combs**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**n/a**.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| **Yinka** | **Abosede** | **Adeshina** |
|---|---|---|
| First Name | Middle Initial | Last Name |

**1621 Crosspointe Way**
Street Address

| **Leon, Tallahassee** | **FL** | **32308** |
|---|---|---|
| County, City | State | Zip Code |

**(850)766-7805**          **yinka.adeshina@aol.com**
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| | |
|---|---|
| Sean P Diddy Puffy | Combs |
| First Name | Last Name |

In jail at the Metropolitan Detention Center (MDC)
Current Job Title (or other identifying information)

80  29th Street
Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| Brooklyn, Brooklyn | New York | 11232 |
| County, City | State | Zip Code |

Defendant 2:

| | |
|---|---|
| | |
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | |
|---|---|
| | |
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4: _____

                First Name                Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City              State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **In his apartment, in my Parent's apartment**

Date(s) of occurrence: **1972 to 1975**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Under the Gender Motivated violent Act (GMVA) which closes on 02/28/25, I am filing a civil law suit of $80million against Sean P Diddy Puffy Combs.

Sean Combs mother was my babysitter. Sean Combs stayed with his mother. He was a young adult when his mother was my baby sitter. He would put his mouth to my vagina as if to drink out of it. He would lick me constantly when I was brought to his mother for babysitting. At first, he started by inserting his forefinger into my vagina. He persisted at this until my vagina was properly opened up to his probing. Then he would drink out of my vagina and lick my vagina. He eventually started to pry my vagina open with the tip of his Penis. He would rub my vagina with the tip of his Penis until he could get as much of his Penis into my vagina as possible. Sean is bold. He would then invite his Friends in groups to come and watch him having sex with me. He even allowed them to have sex with me. On a certain occasion, one of them brought a cylindrical pipe to the apartment and poured alcohol into my vagina through the pipe. Mr Combs then proceeded to drink out of my vagina as he usually did. But this time, it was filled with alcohol. Sean Combs was abusive, corrupt and demonic. Mr Combs diminished me. I do not feel respected inthe community. He stole my self esteem from me, and made me the laughing stock of the community and hence the whole Country. He was supposed to be an adult to me. Noturing and caring for me. But he was not. He was only about his sexual gratification. He is not to be trusted. He is only after his canal knowledge. Always looking to get a quick sexual buzz. Mr Combs is also a liar. On the internet, he claims his birth year is 1969. This is not correct. He is at least 12 years older.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting $80 million us dollars for pain, suffering and embarrasing me and ~~allowing his (Sean Combs's) friends to hurt me sexually, immorally and physically.~~

~~I am requesting a written letter of apology for his misdeed. Which he should read before~~ the court and also send a copy to me.

I am requesting his name be added to the sex predators list.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 02/21/25 | | *Yinka Adeshina* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Yinka | Abosede | Adeshina |
| First Name | Middle Initial | Last Name |
| 1621 Crosspointe Way | | |
| Street Address | | |
| Leon, Tallahassee | Florida | 32308 |
| County, City | State | Zip Code |
| (850)766-7805 | | yinka.adeshina@aol.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Pro Se Intake Unit
(Room 200)
500 Pearl Street
New York, NY 10007

RECEIVED FEB 25 2025 PRO SE OFFICE

PRIORITY MAIL

FROM:
Yinka Adeshina
621 Crosspointe Way
Tallahassee, FL 32308

TO:
Pro Se Intake Unit
(Room 200)
500 Pearl Street
New York, NY 10007

RECEIVED FEB 25 '25 PRO SE OFFICE




DAY: 02/24/25    0 Lb 3.80 Oz    RDC 03    C099

10007-1316

SIGNATURE® TRACKING #
9437 5052 1768 90

INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2