Yinka Abosede Adeshina<br>
1621 Crosspointe Way<br>
Tallahassee, FL 32308<br>
Yinka.adeshina@aol.com<br>
(850)766-7805

06/16/25

Mary Kay Vyskocil,
United States District Judge.

<u>Pro Se Intake Office</u>
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

<u>Extension of time for Service</u>

Goodday,

My name is Yinka Abosede Adeshina. I am a Pro Se Plaintiff litigant with the court, filing with the IFP. My case number is 1:25-cv-01666-MKV. The US Marshall has not served the Defendant, Mr Sean Combs, with the summons issued by the court. The defendant, Mr Sean Combs was issued a summons on 4/2/25 and all documents have been sent to the US Marshall's office. Pursuant to Document 7 of the court order filed on case 1:25-cv-01666-MKV dated 3/24/25 of case of Yinka Abosede Adeshina vs Sean Combs, the US Marshall has 90 days to serve the summons, and the 90th day is fast approaching. They have not yet served the defendant. I am bringing this to your attention.

The complaint in this case was filed 2/27/25. The defendant Mr Sean Combs is currently located at Brooklyn MDC, at 80 29th street, Brooklyn, NY 11232. According to Document 7 of the order of service to court case 1:25-cv-0166-MKV, "If the complaint is not served within 90 days after the date summons is issued, Plaintiff should request an extension of time for service. See

Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir.2012) (holding that it is the plaintiff's responsibility to request an extension of time for service)."

Today, I am asking the Judge to grant an extension of time for service, for the Court case brought by Yinka Abosede Adeshina against Sean Combs, case number 1:25-cv-01666-MKV to allow the US Marshall more time to serve the Summons on the defendant, Mr Sean Combs. Mr Sean Combs is still at the Brooklyn MDC on 80 29th street, Brooklyn, NY 11232.

A summons was issued on 4/2/25 for the defendant Mr. Sean Combs. The US Marshalls is yet to deliver it to the defendant. I have called their office to make enquiries and was told they have not served the summons yet. Thus, I am asking that the Judge grant an extension of time for service for 90 days, bringing the new deadline to 10/1/25. This will allow the US Marshall more time to serve the summons. The current deadline is 7/1/25 and this is a first time request.

The defendant, Mr Sean Combs will then have 21 days to respond to the claim, excluding the date of receipt of the summons. This is referenced by Document 8 of case of Yinka Abosede Adeshina vs Sean Combs, case number 1:25-cv-01666-MKV "Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney".

Thank you for your consideration.

Sincerely,

*Yinka Adeshina*

Ms. YInka Abosede Adeshina
6/16/25