Yinka Abosede Adeshina
1621 Crosspointe Way
Tallahassee, FL 32308
Yinka.adeshina@aol.com
(850)766-7805
07/24/25

Mary Kay Vyskocil,
United States District Judge.
Pro Se Intake Office
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RE: Adeshina vs Combs 25-cv-1666 (MKV)

**Motion to rule in favour of the Plaintiff based on Judgement by default**.

Good day,

I wish to inform the Judge that Tuesday 7/22/25 was the 21st day to receive a response from the defendant about the above case. The court's hours of operation is between 8:30am and 5:00pm. Since, I am IFP, I can only file my correspondence between office hours. As such, the defendant's attorneys should have introduced themselves to me before the close of business on Tuesday 7/22/25, which was at 5pm. They did not. They filed their paperwork at 5:40pm, introducing 3 attorneys. Please see Document #13, Document #14 and Document #15.

Pursuant to document #8
"Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yinka Abosede Adeshina
                    1621 Crosspointe Way
                    Tallahassee, FL 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court."

The above was read to imply, the defendant and his attorneys would send communication to me, the Plaintiff. I have not received any communication addressed to me, other than introducing the 3 Attorneys.

And as it states, if they fail to respond, judgement by default will be entered against Mr Sean Combs for the relief demanded in the complaint.

I believe, in light of document #8, the Attorneys for the Defendant Mr Sean Combs have failed to respond to the claim and I Yinka Abosede Adeshina have won the case. The defendant should comply with paying out the revenue of $80million dollars. Also, per initial filing, he is to apologise to me in writing for his misdeed. And his name should be added to the sex predators list.

Sincerely,

*Yinka Adeshina*

Yinka Abosede Adeshina