**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—-------------------------------------------------X

YINKA ABOSEDE ADESHINA

    Plaintiff

                                   Civil Case No.
                                   1:25-cv-01666-MKV
                                   **AMENDED COMPLAINT**
                                   **AND DEMAND FOR**
                                   **JURY TRIAL**.

    V.

SEAN COMBS

    Defendant.

—-------------------------------------------------X

_____

**WARNING**

**THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION**

**OF A SEXUAL NATURE, INCLUDING CHILD MOLESTATION.**

_____

Plaintiff Yinka Abosede Adeshina hereby alleges as follows:

INTRODUCTION

1. On July 2nd, 2025 Sean Combs was found guilty of two counts of transportation for the purposes of prostitution. He is currently in Jail at the Metropolitan Detention Center, Brooklyn, New York. He is awaiting sentencing on October 3rd, 2025. See United States v Sean Combs 1:24-cr-00542 filed 9/12/24.

2. Sean Combs has for years sexually abused, raped and molested women and young children. The Plaintiff was a young child when she was raped by Sean Combs. In fact, Sean Combs' mother was her babysitter. Sean Combs

on numerous occasions molested and raped her in order to assert himself and for self gratification.

3. Sean Combs is a Pedophiler and child molester for abusing the Plaintiff at such a young age. He committed an atrocity that will affect him negatively for the rest of his life.

## PRELIMINARY STATEMENT

4. Sean Combs is a pedophile; an opportunist and a sexual predator. He had sex with the Plaintiff, as a young child. Most recently, prior to his arrest he headed numerous multi dollar enterprises involving talents engaged in recording singing artists, a television network, an apparel line and an alcohol promoting business to name a few.

5. Through the years, Sean "P Diddy" Combs has remained a predator. He sexually preyed on the Plaintiff and this continued into his future. At his place of business, he continued to sexually assault, abuse and threaten individuals due to the fact that he is much older, experienced and has a convincing personality. Sean Combs' mother was my baby sitter when I was a young child. She was the Plaintiff's neighbour.

6. Sean Combs lived with his mother. He was a young adult when his mother was my baby sitter. Oftentimes, Sean Combs would sit with me during the baby sitting hours. He had a lot of friends and though some of them he had known since childhood, others he pulled from "off the street". He loved to show me off to these people. It gave him a sense of responsibility. It made him feel like he was a friend, brother, father and family, to these people.

7. Sean Combs is a sexual predator and child molester. He would "lick" me constantly when I was brought to his mother for babysitting. Sean Combs would put his mouth to my private part to drink from it as if he was in a ritualistic procedure and this later escalated into sex. With his forefinger, he would pry open my labia, drink from my private part and penetrate me. He would have sex with me. This happened often. Sean Combs did this

because I am a female. This is a hate crime. I did not give consent. Sean Combs is a pedophile.

8. Sean Combs would invite his friends in groups to come and watch him having sex with me. His friends were known to him for sometime and he was well known in the neighborhood. He also had friends "on the street". He allowed his friends to have sex with me. He engaged in Prostitution. He didn't seek permission. I did not give consent.

9. On another occasion in my apartment, I was there playing when Mr. Sean Combs came knocking on the door. I opened the door. He brought in three of his friends with him. He went into the bedroom, while his friends went into the living room. They each had sex with me. Sean Combs returned from the bedroom and he had sex with me. They raped me and he sexually assaulted me. Sean Combs put a pipe to my private part. He poured alcohol down the pipe and into my cervix. It hurt a lot. All three men and Sean Combs had just raped me. I did not give consent.

10. Sean P. Diddy Combs, also known as Sean Combs raped me. I did not give consent. Mr Sean Combs' three friends raped me. I did not give consent. How could this happen? Sean Combs' action insists to me that he does not care much for young female children. This is gender motivated. I am a female and a child victim.

11. My family and I decided to move to Africa. We travelled through the International Airport. And there he was. Sean Combs was there at the Airport. He had sex with me in the bathroom. He was also on our flight to Africa.

## ARGUEMENT

12. On July 2nd, 2025 Sean Combs was found guilty of two counts of transportation for the purposes of prostitution. He has been doing this for years, until he was finally apprehended. He did it to the Plaintiff too. Sean Combs believes in the power of money. He sought this every step of the

way from his friends. See AI overview on the Internet, United States v Sean Combs, 1:24-cr-00542 filed 9/12/24.

13. He is a child molester and Pedophiler. He is a sadist, and a disgrace to this country. Every time he abused the Plaintiff, he destroyed the faith and trust placed in him. He forced himself on a young child despite their innocence. He hurt me a lot and ought to be held accountable for that. See a State deliberated case out of Clayton County, Georgia, Renetta Cheston 2014-cv-01498D under Judge Cowen - filing date was June 26th, 2014 and disposed of January 5th, 2017.

14. Sean Combs has for years abused, raped and molested women and young children inorder to assert himself and for self gratification. Sean Combs is a Pedophiler abusing young children. He is also a bully. Despite the age difference, he still continues to have sexual relationships with young women, 17 years younger than himself. See, Cassie Ventura v Sean Combs 1:23-cv-10098 filed 11/16/23; United States v Sean Combs 1:24-cr-00542 filed 9/12/24.

15. Never in the history of the world, should a child be deprived of their rights. A child should always be kept safe from harm. When Sean Combs sexually abused the Plaintiff he stole her innocence, destroyed her hopes for the future and created an unsafe environment for her to live in. The Violence against women's act is protective and prevents this crime from happening again. See VAWA act of 2025; In the United States Constitution see 34 USC 20911 and 34 USC 12361. Though these laws were put into place, they did not prevent the atrocity from occurring in the past. Also, Pedophiller's names should be added to the National registry. This will prevent a future occurrence from happening. See the Adam Walsh Child Protection and Safety Act of 2006 and the Jacob Wetterling Act of 1994.

16. Sean Combs repeatedly molested and raped the Plaintiff as a child showing his sadistic and ritualistic self. He proved to me that he hates women and children and this is what persisted into the future. See United States v Sean Combs 1:24-cr-00542 filed 9/12/24; Cassie Ventura and Sean "Diddy" Combs (2023) 1:23-cv-10098 filed 11/16/23. Sean Combs

later settled Cassie Ventura's case out of court for $20million as stated on the AI internet.

## JURISDICTION AND VENUE

17. This court has subject-matter jurisdiction pursuant to 28 USC 1332 due to this case being between citizens of different states and the amount in controversy exceeds $75,000.

18. This court has specific jurisdiction over the Defendant due to the defendant being domiciled in New York state.

19. Venue is proper in this District pursuant to 28 USC 1391(b) due to this District is a judicial district in which a defendant resides.

## PARTIES

20. Plaintiff Yinka Abosede Adeshina is a female who resides in the state of Florida.

21. Defendant Sean Combs is a male who currently resides in the state of New York, and is held without bail in the Metropolitan Detention Center (MDC) in Brooklyn, New York.

## JURY DEMAND

22. Plaintiff hereby demands a trial by jury on her claims in this action.

## INJURIES

23. Due to the rape violation sustained by Ms Yinka Abosede Adeshina, the plaintiff has suffered a medical and mental health Injury.

24. These injuries are limiting and have rendered her unemployed.

25. The Plaintiff has a lack of joyful relationships with friends and neighbors, which is deemed unfulfilling. The Plaintiff is in constant mental anguish and emotional distress. She carries the burden of shame of the inappropriate behaviour of Sean P Diddy Puffy Combs.

26. The Plaintiff is currently being treated for her medical and mental health injury.

27. The Plaintiff is still undergoing treatment.

## PRAYER FOR RELIEF

28. Plaintiff prays judgement to be awarded in her favor, against the Defendant,

    a. For a letter of explanation and apology for his lewd and sadistic behavior towards her.

    b. For the Defendant's name to be added to the Dru Sjodin National sex Offender public website list.

    c. For monetary judgement representing Economic and Non Economic compensatory damages to be granted to Her.

    d. For Pre judgement and Post judgement interest and

e. For such other and further relief as the Court may deem just and proper.

Dated: August 15th, 2025

                                            Respectfully submitted

*Yinka Adeshina*
_____
Plaintiff's Signature
Yinka Abosede Adeshina

1621 Crosspointe Way
Tallahassee, FL 32308
Telephone (850)766-7805

Yinka.adeshina@aol.com