UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 YINKA ABOSEDE ADESHINA,

                                    Plaintiff,

          -against-                                                25 **CIVIL** 1666 (MKV)

                                                                   **JUDGMENT**

SEAN COMBS,

                                    Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and  Order dated March 13, 2026, Defendant's motion to dismiss is

GRANTED; accordingly, case is dismissed with prejudice and the case is closed.

**Dated:** New York, New York

          March 23, 2026

                                                   **TAMMI M. HELLWIG**
                                          _____
                                                   **Clerk of Court**


                         **BY:**     _____
                                                   **Deputy Clerk**