UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/2/2026

YINKA ABOSEDE ADESHINA,

                        Plaintiff,

            -against-

SEAN COMBS,

                        Defendants.

25-cv-1666 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 1, 2026, the Court received an email from Plaintiff and an attached letter, both of which the Court is docketing below this Order.  The Court admonishes Plaintiff that, as the Court's Individual Rules of Practice in Civil Cases make clear, all communications with the Court must be filed on ECF.  Plaintiff's *ex parte* email to the Court was improper.

Nevertheless, to accommodate Plaintiff's *pro se* status, the Court will deem her letter a motion for reconsideration.  Defendant shall file his opposition by April 16, 2026.  **Plaintiff shall file any reply by April 23, 2026.  Failure timely to file a reply will be deemed a waiver of the opportunity to do so.**

Any request for an extension must be filed on ECF at least three business days before the scheduled deadline.  **The parties are on notice that failure to comply with court orders, the Court's Individual Rules, and the Federal Rules of Civil Procedure may result in sanctions, including: monetary sanctions; preclusion of claims, evidence, and motion practice; and dismissal for failure to prosecute.**

**SO ORDERED.**

**Date:  April 2, 2026
     New York, NY**

**MARY KAY VYSKOCIL
United States District Judge**

| | |
|---|---|
| **From:** | Yinka Adeshina |
| **To:** | Vyskocil NYSD Chambers |
| **Subject:** | Re Case 1:25-cv-01666 Yinka Abosede Adeshina v. Sean Combs |
| **Date:** | Wednesday, April 1, 2026 12:31:12 PM |
| **Attachments:** | letter to judge after case dismissed (2).pdf |

**CAUTION - EXTERNAL:**

For The United States District Court Judge,
Your Honor Judge Mary Kay Vyskocil


Please find a letter addressed to you.


Sincerely
Yinka Abosede Adeshina

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Yinka Abosede Adeshina

Tallahassee, FL

April 1, 2026

Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse,
500 Pearl Street, Room 2230.
New York, NY 10007.


Your Honor Judge Mary Kay Vyskocil,


Federal Law: For federal crimes involving child sexual or physical abuse, there is no statute of limitations; prosecution can occur during the victim's life or up to 10 years after the offense, whichever is longer.

I am writing to you today about Yinka Abosede Adeshina v. Sean Combs (ref: 1:25-cv-01666)

Federal Law: For federal crimes involving child sexual or physical abuse, there is no statute of limitations; prosecution can occur during the victim's life or up to 10 years after the offense, whichever is longer.

For the above stated reason, I am within my rights to file a claim and there is no Statute of Limitations. Due to this I implore you to reconsider my claim and grant me access to the court for as long as is necessary to apply myself to tender my claim to you. Under the Federal Statute 18 US Constitution 3283 I am allowed to file a legal federal claim. This unique statute states that "no statute of limitations that would otherwise preclude prosecution for an offense
involving the sexual or physical abuse, or kidnaping, of a child under the age of 18 years shall preclude such prosecution during the life of the child, or for ten years after the offense, whichever is longer."

(June 25, 1948, ch. 645, 62 Stat. 828; Pub. L. 103–322, title XXXIII, § 330018(a), Sept. 13, 1994, 108 Stat. 2149; Pub. L. 108–21, title II, § 202, Apr. 30, 2003, 117 Stat. 660; Pub. L. 109–162, title XI, § 1182(c), Jan. 5, 2006, 119 Stat. 3126.)

To the above, I plead to you that you should listen to my case. 18 U.S.C. 3283, regarding the statute of limitations for child abuse offenses, which was originally enacted on June 25, 1948, as part of the revision of Title 18. However, it has been significantly amended to its current form, with major revisions occurring on Sept. 13, 1994, Apr. 30, 2003 (via the PROTECT Act), and Jan. 5, 2006.

Federal law 18 usc 3283 generally eliminates statutes of limitations, "look-back window" and "retroactiveity" for federal prosecutions of child sexual abuse in this case, Yinka Abosede Adeshina v. Sean Combs 1:25-cv-01666.

What is Child Sexual abuse? **Child sexual abuse** (**CSA)** is a form of child maltreatment defined as any act that involves a child in, or exposes a child to, any type of sexual activity that they are not developmentally prepared for, do not fully comprehend, do not have the capacity to consent to, and which otherwise contravenes laws and societal taboos.[1][2][3] Forms of child sexual abuse include engaging in sexual behavior with a child (whether by force, threats, coercion, manipulation, or other fraudulent means), exhibitionism, child grooming, and using a child to produce, or expose them to child sexual abuse and exploitation material (CSAEM).[3][4] per Wikipaedia.

I am also involving the honorable Representative Neal Dunn of Florida, who is my Representative from Florida. He will take my case to congress to deliberate on it with them in Washington DC. Thank you for your consideration.

Yours Sincerely,
Yinka A. Adeshina (Ms)
████████████@aol.com

# References

1. "World Health Organization. (1999). Report of the consultation on child abuse prevention. Geneva, WHO".

2.   Murray, Laura K.; Nguyen, Amanda; Cohen, Judith A. (2014). "Child Sexual Abuse". *Child and Adolescent Psychiatric Clinics of North America*. **23** (2): 321–337. doi:10.1016/j.chc.2014.01.003. PMC 4413451. PMID 24656583.

3.   Mathews, Ben; Collin-Vézina, Delphine (2019). "Child Sexual Abuse: Toward a Conceptual Model and Definition". *Trauma, Violence, & Abuse*. **20** (2): 131–148. doi:10.1177/1524838017738726. ISSN 1524-8380. PMC 6429628. PMID 29333990.

4.   Williams, Mike (March 2019). "Evaluation of the NSPCC's Protect & Respect child sexual exploitation one-to-one work" (PDF). *National Society for the Prevention of Cruelty to Children*. Retrieved 29 March 2019.