UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:  4/24/26             │
└─────────────────────────────────┘
```

YINKA ABOSEDE ADESHINA

Plaintiff,

v.                                          Case No.: 1:25-cv-01666 (MKV)

SEAN COMBS

Defendant.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS OPPOSITION TO RECONSIDERATION.

TO THE HONORABLE JUDGE VYSKOCIL:

Plaintiff  Yinka Abosede Adeshina, respectfully moves this Court for an extension of time to respond to DOCUMENT 34 and in support would show the Court as follows:

1. The current deadline to respond is April 23, 2026.

2. Good cause exists for the requested extension because:

- Reason 1 — I need additional time to obtain documents.

- Reason 2 — To gather more evidence.

3. The movant requests an extension of 90 days, making the new deadline July 21, 2026.

4. This request is made in good faith and not for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests that the Court grant this Motion for Extension of Time and enter an order extending the deadline to July 21, 2026 and for such other and further relief to which movant is justly entitled.

Respectfully submitted,

*Yinka Adeshina*

YINKA ABOSEDE ADESHINA

Dated:  4/17/26

1621 Crosspoint Way

Tallahassee, FL 32308

(850) 766-7805

This request for a 90-day extension of time to file a reply brief to a motion for reconsideration is GRANTED in part and DENIED in part.  Plaintiff shall file her reply no later than May 8, 2026. Plaintiff may not submit "evidence," which the Court cannot consider in this posture.

The Clerk of Court respectfully is requested to terminate ECF No. 35.

Date:  Apr. 24, 2026
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge